

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2018

No. 04-18-00457-CV

James Clinton **COYLE**, Janice Presley Coyle a/k/a Janice Presley and Cody Presley,
Appellants

v.

**COYLE FAMILY FARM, INC**., Coyle Farm Partnership, Mike Coyle, Doug Coyle, Tim
Coyle, and Tom Tompkins,
Appellees

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 17-12-24620-CV
Honorable Camile G. Dubose, Judge Presiding

# O R D E R

The trial court clerk has filed a notice of late record, stating appellants have not paid or arranged to pay the clerk's fee to prepare the record and that appellants are not entitled to the record without paying the fee. We order appellants to provide written proof to this court by **August 20, 2018** that either they have paid the clerk's fee, have made satisfactory arrangements with the clerk to pay the fee, or are entitled to appeal without paying the fee. See Tex. R. App. P. 35.3(a)(2). If appellants fail to file such proof within the time provided, this appeal will be dismissed. See Tex. R. App. P. 37.3(b), 42.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court